# United States District Court
## *Southern District of Georgia*

Viacheslav Zhukov

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: 4:16-cv-157-WTM-GRS

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this court's order dated August 19, 2016, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this court; denying Zhukov's 2255 petition. This action stands closed.



| 8/22/16 | Scott L. Poff |
|---------|---------------|
| *Date*  | *Clerk*       |



*(By) Deputy Clerk*